IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PHILLIP T. STEWART**,

    Plaintiff,

v.

**DISTRICT OF COLUMBIA, et al.**,

    Defendants.

Case No.: 08-0009
(ESG)

## CONSENT MOTION TO ENLARGE THE TIME WITHIN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COMES NOW, Plaintiff, Phillip T. Stewart, by and through the undersigned counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby moves, pursuant to Federal Rule of Civil Procedure 6(b), for an order enlarging the time, by one week, within which Plaintiff must file his Opposition to Defendant's Motion to Dismiss. For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. Counsel for the Plaintiff must pretrial documents due in the United States District Court for the District of Maryland, as well as a summary judgment documents due in Maryland state court.

3. Defense Counsel consented to a one week extension of time within which Plaintiff must file its Opposition to Defendant's Motion to Dismiss.

4. Defendant will not be prejudiced if this Motion is granted.

WHEREFORE, Plaintiff requests that this Court grant this Consent Motion to Enlarge Time Within Which to File Plaintiff's Opposition to Defendant's Motion to Dismiss.

      Respectfully submitted,

      Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
Counsel for Plaintiffs
Bar # MD 14639

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **PHILLIP T. STEWART**, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **DISTRICT OF COLUMBIA, et al.,** : <br> : <br> Defendants. : | Case No.: 08-0009 <br> (ESG) |

**ORDER**

Upon consideration of this Plaintiff's Motion to Enlarge Time and any response thereto, and in the interests of justice, it is this _____ day of _____, 2008,

ORDERED, that this Plaintiff's Motion is hereby GRANTED.

_____
Judge