IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILLIP T. STEWART**<br>3612 Chandler Drive<br>Fort Washington, Maryland 20772<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**,<br>a municipal corporation<br>Office of Corporation Counsel<br>441 4th Street, N.W.<br>Washington, DC 20001<br><br>**TALIKA MOORE**, individually,<br>and in her official capacity as<br>Metropolitan Police Dep't.<br>Seventh District Station<br><br>Washington, DC 20002<br><br>Defendants. | Case No.: **08-0009(EGS)**<br><br>**JURY DEMAND** |

**Opposition to Motion to Dismiss**

1.  COMES NOW the Plaintiff, Phillip T. Stewart, by and through his counsel, The Law Office of Jimmy A. Bell, P.C., a professional corporation, and Jimmy A. Bell, Esquire, and respectfully presents this Opposition to Defendant's Motion to dismiss. Plaintiff has filed an Amended Complaint which mottos Defendant's Motion to dismiss.

        Respectfully submitted,


        /s/
        Jimmy A. Bell, Esq.
        Law Offices of Jimmy A. Bell, P.C.

1

9610 Marlboro Pike
Upper Marlboro, MD 20772
Tel.: (301) 599-7620
Fax: (301) 599-7623
Bar # MD 14639

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**PHILLIP T. STEWART**           :

                                       Case No.: **08-0009(EGS)**

Plaintiff,                       :

                           :    **JURY DEMAND**

v.

                           :

**DISTRICT OF COLUMBIA**, **et.al.**

## ORDER

Upon consideration of Defendant District of Columbia's Motion to Dismiss and any opposition filed thereto, it is this _____ day of _____, 2008:

ORDERED, that Defendant's is DENIED.

_____
United States District Court Judge