IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PHILLIP T. STEWART**, | : | |
| Plaintiff, | : | Case No.: 08-0009(ESG) |
| | : | |
| v. | : | |
| **DISTRICT OF COLUMBIA, et al.,** | : | |
| Defendants. | : | |
| | : | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through its counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully submits this Notice of Voluntary Dismissal Plaintiff's Complaint Without Prejudice and states the for cause:

1. Pursuant to Rule 41(a)(1), "an action may be dismissed by a plaintiff without an order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs . . . ." Fed. R. Civ. P.41(a)(1).

2. Defendant has not served the Plaintiff with an answer or a motion for summary judgment.

3. Moreover, because the Defendant has neither answered the complaint nor filed a motion for summary judgment, the Plaintiff is entitled, pursuant to Rule 41(a)(1), to voluntarily dismiss this action without prejudice and without an order from this Court. Fed. R. Civ. P. 41(a)(1).

2

Respectfully submitted,

_____/s/_____

Jimmy A. Bell, Esq.

Law Office of Jimmy A. Bell, P.C.

9610 Marlboro Pike

Upper Marlboro, MD 20772

(301) 599-7620

(301) 599-7623 (Fax)

Counsel for the Plaintiff

Bar No. MD 14639

2